### Rob^t Flowers etc. vs. Sloop *Dela Clara* and Cargo etc.

Oct^r 9th [11th?] 1742.

The Court being Opened according to Adjournm^t Sundry Papers were produced in Court and read And after Several Pleas on both sides The Court is Adjourned Until to Morrow 11 aClock A: M

Tuesday 12th Oct^r

The Court being Opened according to adjournment it is adjourned until to Morrow 3 aClock P: m

### Robert Flowers etc. vs Sloop *De la Clara* and Cargo etc.

Wednesday Oct^r 13th 1742.

The Court being Opened according to Adjournment his Hon^r the Judge pronounced his Decree, Whereupon M^r Richards Attorney for Samuel Daal Prayed for an Appeal from this Court to the Commissioners appointed or to be appointed under the Great Seal of Great Britain for receiving hearing and determining Appeals in Causes of Prizes Which is granted the said Samuel Daal Conforming himself according to Law in such Cases made and provided.

[Minute Book, 1740–1743]

### Robert Flowers *et al.* vs. Sloop *Three Brothers,* 1742

[Libel in prize. Evidence reported relating to agreement between privateers to divide prizes and spoils of Dutch sloop captured near Magdalena River, and found selling contraband goods to Spaniards at Reohacha. Decreed lawful prize to be divided as agreed among captors and owners. (Admiralty Papers, I, 56, 57, 61; Minute Book, 1740–1743) ]